IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| LANEA M. AVILA,<br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Defendant. | No. C10-1031 EJM<br><br>ORDER |

This matter is before the court on Plaintiff's unresisted Motion for Attorney Fees, filed March 14, 2012. Granted.

On December 16, 2011, the court reversed and remanded this social security case for further consideration. Plaintiff now seeks fees in the amount of $4,433.06, pursuant to 28 USC §2412(d). Defendant responds with no resistance.

Upon application and for cause, the motion shall be granted.

It is therefore

ORDERED

Granted. Plaintiff is awarded $4,433.06, pursuant to 28 USC §2412(d), to be mailed to her attorney's address.

March 28, 2012.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT